DANIEL KLINGER, JR., Respondent, *v.* UNITED TRACTION COMPANY and SCHENECTADY RAILWAY COMPANY, Appellants.

*Klinger* v. *United Traction Co.*, 92 App. Div. 100, modified.
(Argued March 2, 1905; decided March 14, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 4, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Patrick C. Dugan* for United Traction Company, appellant.

*Lewis E. Carr* and *James O. Carr* for Schenectady Railway Company, appellant.

*Richard O. Bassett* for respondent.

Judgment as against appellant, the United Traction Company affirmed, with costs. Judgment as against appellant, the Schenectady Railway Company, reversed and complaint dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

GEORGE W. SAUER, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted March 6, 1905; decided March 14, 1905.)

MOTION to recall and amend remittitur. (See 180 N. Y. 27.)

Motion granted and remittitur is amended by adding thereto the following: "And the constitutionality of the statute (L. 1887, ch. 576) under which the improvement complained of in this action was made, having been challenged, we hold (1) that said statute does not violate the State Constitution; (2) that it does not offend against the provision of the fourteenth amendment of the Federal Constitution, providing that a person shall not be deprived of property without due process of law, and (3) that it does not contravene section 10 of article 1 of the Federal Constitution forbidding the impairment of the obligations of a contract."